*HW*

# State of Connecticut



Hartford

October 31, 2006

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Honorable Edwin R. Rodriguez
Commissioner of Consumer Protection
Chairman, Liquor Control Commission
165 Capitol Avenue
Hartford, CT 06106

Honorable Pam Law
Commissioner of Revenue Services
25 Sigourney Street
Hartford, CT 06106

Dear Commissioners Rodriguez and Law:

I am writing to ask you to change the legal classification of Flavored Malt Beverages (FMBs) from "beer" to "spirits." Although these beverages contain distilled spirits, they are being treated and taxed as beer, in violation of state law. They should be categorized as "spirits" under the Connecticut Liquor Control Act, Conn. Gen. Stat. § 30-1 et seq., and taxed as "liquor" or "liquor coolers" pursuant to Conn. Gen. Stat. § 12-435. This reclassification can be accomplished without any statutory or regulatory revision, and there are important social and legal reasons for taking this action.

FMBs are sweet alcoholic drinks manufactured at breweries from a fermented malt base. Brewers remove the beer color, bitterness and taste, and add flavors made from distilled spirits. These drinks, which are sometimes called "alcopops" or "malternatives," often mimic familiar non-alcoholic beverages like cola, lemonade, iced tea and fruit flavored water. Many of these products carry a distiller's brand name, such as Smirnoff Mandarin Orange, Bacardi Silver Watermelon and Jack Daniel's Country Cocktails, or a name like Tequiza, that invokes a recognized distilled spirit type (tequila). Despite their names, FMBs are described and promoted as malt beverages. Although these drinks have a total alcohol content comparable to beer, most contain very little beer. A 2003 report found that 105 of the 114 flavored malt beverages studied derived more than 75 per cent of their alcohol content from distilled spirit "flavorings" added to the beverages. In some cases, this figure rose to more than 99 per cent. See, Flavored Malt Beverages and Related Proposal, 68 Fed. Reg. No. 56 (Alcohol and Tobacco Tax and Trade Bureau, March 24, 2003).

The difference between malt beverages and distilled spirits is significant. Malt beverages are regulated with fewer restrictions than "hard" liquor, and are widely available for off-premises consumption not only in package stores and licensed drug stores, but also in grocery stores and qualifying convenience stores. Conn. Gen. Stat. §§ 30-20, 30-36. Distilled spirits, on the other hand, are strictly regulated, and can only be sold in package stores and licensed drug stores. Conn. Gen. Stat. §§ 30-20, 30-36. Distilled spirits are also taxed at a higher rate. Conn. Gen. Stat. §§ 12-435.

Disturbingly, surveys indicate that teenagers are highly attracted to FMBs. Teens are three times more likely than adults to have seen, heard or read about "alcopops," and are nearly twice as likely as adults to have tried them. Underage drinkers prefer FMBs two to one over beer because of their sweet, soda-like taste, and the vast majority of teens report that FMBs are "easy to get." Nearly all teens consider "alcopops" a gateway drink to other alcoholic beverages. See, Center for Science in the Public Interest, Alcopops: Main Findings: What Teens and Adults are saying about Alcopops (2001); American Medical Association, "Alcopop" Marketing Spikes Drinking in Teen Girls (2004). I have been involved in this issue for years -- and I'm sure you share my concern about the threat these drinks may pose to Connecticut's youth.

The Connecticut Liquor Control Act provides that an alcoholic beverage containing even small amounts of distilled spirits must be treated as a distilled spirit product and regulated under that strict regimen. Conn. Gen. Stat. § 30-1(3).[1] The tax laws require that any liquid combined with liquor containing not more than seven percent alcohol by volume be taxed as a "liquor cooler," and distilled spirit products containing more than seven percent alcohol by volume are taxed at the even higher "liquor" rate. Conn. Gen. Stat. §§ 12-433,[2] 12-435. FMBs are not

---

[1] Conn. Gen. Stat. § 30-1(3) provides:

(3) "Alcoholic liquor" or "alcoholic beverage" includes the four varieties of liquor defined in subdivisions (2), (5), (18) and (19) of this section (alcohol, beer, spirits and wine) and every liquid or solid, patented or not, containing alcohol, spirits, wine or beer and capable of being consumed by a human being for beverage purposes. Any liquid or solid containing more than one of the four varieties so defined is considered as belonging to that variety which has the higher percentage of alcohol, according to the following order: Alcohol, spirits, wine and beer, except as provided in subdivision (19) of this section. The provisions of this chapter shall not apply to any liquid or solid containing less than one-half of one per cent of alcohol by volume.

[2] Conn. Gen. Stat. § 12-433 provides, in pertinent part, as follows:

Definitions. Wherever used in this chapter, unless the context otherwise requires: "Alcoholic beverage" and "beverage" include wine, beer and liquor as defined in this section; "absolute alcohol" means dehydrated alcohol containing not less than ninety-nine per cent by weight of ethyl alcohol; "beer" means any beverage obtained by the alcoholic fermentation of an infusion or decoction of barley, malt and hops in drinking water and containing more than one-half of one per cent of absolute alcohol by volume; "wine" means any alcoholic beverage obtained by the fermentation of natural sugar contents of fruits or other agricultural products containing sugar; "still wine" means any wine that contains not more than three hundred ninety-two one thousandths (0.392) of a gram of carbon dioxide per hundred milliliters of wine, and shall include any fortified

being regulated and taxed appropriately under these statutes. Comparative data from other states suggests that Connecticut may be losing millions of dollars in tax revenues because FMBs are taxed as beer rather than as liquor coolers or liquor.

I therefore request that you reclassify FMBs to conform with existing state law. By taxing FMBs at the higher rates for liquor coolers or liquor, and by restricting their sales to package and drug stores, we can make FMBs less accessible, physically and financially, to underage drinkers who regrettably find these products extremely alluring.

Last year, the State of Maine, which has a statutory classification scheme for alcoholic beverages similar to Connecticut's, stopped treating FMBs as beer and reclassified them as "low alcohol spirits" in accordance with state law. Maine's experience with its reclassification, which required no revision of state statutes or regulations, has been quite positive. Maine can now track how many gallons of FMBs are sold in the state, and the revenue generated by sales of FMBs has been larger than expected, because consumer purchases of FMBs in Maine have been greater than state officials anticipated.

I would appreciate the opportunity for my staff to meet with you at your earliest convenience to discuss any questions or concerns you may have about reclassifying FMBs.

Very truly yours,

RICHARD BLUMENTHAL

RB/pas

---

wine, cider that is made from the alcoholic fermentation of the juice of apples, vermouth and any artificial or imitation wine or compound sold as "still wine" containing not less than three and two-tenths per cent of absolute alcohol by volume; "sparkling wine" means champagne and any other effervescent wine charged with more than three hundred ninety-two one thousandths (0.392) of a gram of carbon dioxide per hundred milliliters of wine, whether artificially or as a result of secondary fermentation of the wine within the container; "fortified wine" means any wine, the alcoholic contents of which have been increased, by whatever process, beyond that produced by natural fermentation; "liquor" means any beverage which contains alcohol obtained by distillation mixed with drinkable water and other substances in solution; "liquor cooler" means any liquid combined with liquor, as defined in this section, containing not more than seven per cent of alcohol by volume;